# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH MERZ, | CIVIL ACTION |
| Plaintiff, | No. 23-2069 |
| v. | Magistrate Judge Kelly |
| THE VERLAND FOUNDATION, INC., | Re: ECF No. 22 |
| Defendant. | JURY TRIAL DEMANDED |

## ORDER APPROVING STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Elizabeth Merz, and Defendant, The Verland Foundation, Inc., that the above-captioned action is voluntarily dismissed, with prejudice, and with each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Ci v. P. 41(a)(1)(A)(ii).

Dated: July 12, 2024                                     Respectfully submitted,

/s/ *John E. Black, III*                                 /s/ *Janet K. Meub*
John E. Black, III                                       Janet K. Meub
Pa.I.D. No. 83727                                        Pa.I.D. No. 88724
Edgar Snyder & Associates                                Stephen A. Antonelli
U.S. Steel Tower, 10th Floor                             Pa.I.D. No. 202133
600 Grant Street                                         Babst, Calland, Clements and
Pittsburgh, PA 15219                                     Zomnir, P.C.
(412) 394-4446                                           603 Stanwix Street
jblack@edgarsnyder.com                                   Two Gateway Center, 6th Floor
                                                         Pittsburgh, PA 15222
Counsel for Plaintiff                                    (412) 394-5400
                                                         jmeub@babstcalland.com
                                                         santonelli@babstcalland.com

                                                         Counsel for Defendant

So ORDERED,

*Maureen P. Kelly*

Dated: 7/12/24